## STATE v. PAGE

No. 239A96-2

Case below: Forsyth County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Forsyth County, denied 22 July 1999.

## STATE v. PENUEL & BAGGETT

No. 230A99

Case below: 133 N.C.App. 47

Motion by Attorney General to withdraw the appeal allowed 22 July 199.

## STATE v. PHILLIPS

No. 209P99

Case below: 132 N.C.App. 765

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## STATE v. RANKINS

No. 271P99

Case below: 133 N.C.App. 193

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## STATE v. REAVES

No. 197P99

Case below: 132 N.C.App. 615

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.